**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

### No. 20-6005

THOMAS M. ACCARDI, SR.,

       Plaintiff - Appellant,

     v.

JOHN HERRING, Superintendent; ROBERT N. BURGESS, Unit Manager; CORRECTIONAL OFFICER COTTO; CORRECTIONAL OFFICER LAWRENCE,

       Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:19-ct-03107-D)

Submitted:  June 23, 2021                  Decided:  August 18, 2021

Before GREGORY, Chief Judge, RUSHING, Circuit Judge, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Thomas M. Accardi, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas M. Accardi, Sr., appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim. Accardi forfeited appellate review of the portion of the district court's order dismissing Defendants Herring and Burgess from the action. *See* 4th Cir. R. 34(b); *Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). As to the claims against the remaining Defendants, we have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Accardi v. Herring*, No. 5:19-ct-03107-D (E.D.N.C. Dec. 18, 2019). We deny Accardi's request to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*